998 So.2d 321 (2008)
M.L. GODLEY, M.D.
v.
DARNALL, SIKES, KOLDER, FREDERICK & RAINEY, et al.
Nos. CA 08-358.
Court of Appeal of Louisiana, Third Circuit.
November 19, 2008.
Steven Gerald Durio, Robert Louis Broussard, Durio, McGoffin, and Stagg, Lafayette, LA, for Defendants/Appellees, Donald J. Baker, Kirby Pecot, Andrew B. Jameson, Max Luttgeharm, M.L. Godley, M.D.
Robert A. Kutcher, Nicole Sophia Tygier, Chopin, Wagar, Cole, et al, Metairie, LA, for Defendant/Appellant, Copeland's of New Orleans, Inc.
William H. Parker, III, Allen & Gooch, Lafayette, LA, for Defendants/Appellants, Nawlins Kajun Food L.L.C., BCM L.L.C.
George Allen Walsh, Alice F. Estill, Attorney at Law, Baton Rouge, LA, for Defendants/Appellees, W. Gregory Baker, Vikki Lynn Baiers.
*322 Jessica Watts Farmer, Durio, McGoffin, Lafayette, LA, for Plaintiffs/Appellees, M.L. Godley, M.D., Max Luttgeharm, Donald J. Baker, Andrew B. Jameson, Kirby Pecot.
Court composed of SYLVIA R. COOKS, MICHAEL G. SULLIVAN, and BILLY HOWARD EZELL, Judges.
EZELL, Judge.
For the reasons expressed in the consolidated case of 08-355, Walter A. Glod, Jr., M.D. v. W. Gregory Baker, et al., (11/19/08), ___ So.2d ___, the judgment of the trial court is affirmed, costs of this appeal are split half to the Copeland parties and half to BCM and Nawlins.
AFFIRMED.